UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MILTON WILLIAMS,

                                    Plaintiff,                      **23 Civ. No. 6487 (JHR) (GS)**

       -against-                                             **VIDEO STATUS
CONFERENCE ORDER**

RAVITSKY BROS., INCORPORATED,

                                    Defendant.

-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Tuesday, February 20, 2024 at 10:30 a.m.**  The parties are directed to submit a joint status report via letter by **Friday, February 16, 2024**.  Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. Meeting ID: 240 026 326 890   Passcode: PUzvgw

       **SO ORDERED.**

DATED:     New York, New York
                  December 20, 2023

                                                                       _____
                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge