UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------- X

WILLIAMS,                                           23 Civ. 6487 (JHR) (GS)

                Plaintiff,                        **ORDER**

      - against -

RAVITSKY BROS., INCORPORATED,

                Defendant.

------------------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

       Pursuant to the Court's December 20, 2023 Order, the parties were directed to submit a joint status report by today, February 16, 2024, and appear before the Court for a status conference on Tuesday, February 20, 2024.  (Dkt. No. 16). However, in light of Plaintiff's February 15, 2024 letter informing the Court the parties have reached a settlement (Dkt. No. 17), the parties need not submit a joint status report today and the aforementioned status conference is canceled.

       SO ORDERED.

DATED:        New York, New York
                   February 16, 2024

                                                       The Honorable Gary Stein
                                                       United States Magistrate Judge